■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM QUEENER, Appellant.—Judgment unanimously affirmed. Memorandum: The evidence was sufficient to support the conviction of rape in the first degree. The element of forcible compulsion was satisfied by proof of the acts of force that defendant used upon the victim prior to the act of sexual intercourse, including his use of superior physical force in compelling her to engage in oral sodomy. Based on all of the evidence, the jury was entitled to conclude that the act of sexual intercourse was effected through an implied threat that placed the victim in fear of physical injury (see, Penal Law § 130.00 [8]). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—rape, first degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE BENJAMIN, Appellant.—Judgment unanimously affirmed (see, People v Hill, 163 AD2d 852). (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—rape, first degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD JENNINGS, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contention that his plea was entered involuntarily because of a threat to indict his wife. The plea colloquy makes clear that defendant admitted that he sold eight ounces of cocaine to an undercover officer and that he knowingly and voluntarily, with the advice of counsel, accepted the plea in order to get a minimum sentence and to satisfy any criminal liability of his wife for possession of cocaine. (Appeal from judgment of Cayuga County Court, Corning, J.—criminal sale of controlled substance, first degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.